UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Karan M. Wright,

    Plaintiff,

v.

Commissioner of
Social Security,

    Defendant.
_____/

Case No.: 1:14-cv-212

HONORABLE PAUL L. MALONEY

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Phillip J. Green in this action (ECF No. 24). The Report and Recommendation was duly served on the parties. No objections have been filed.

ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

THEREFORE, IT IS ORDERED that the decision of the Commissioner is **AFFIRMED**.

Dated: February 24, 2015

    /s/ Paul L. Maloney
    Paul L. Maloney
    Chief United States District Judge