UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KARAN M. WRIGHT

    Plaintiff,

v.

                                  Case No. 1:14-cv-212

COMMISSIONER OF
SOCIAL SECURITY,                      HONORABLE PAUL L. MALONEY

    Defendant,
_____/

## **JUDGMENT**

Pursuant to Fed. R. Civ. P. 58, **JUDGMENT** is hereby entered in favor of the defendant and against the plaintiff.

Date: February 24, 2015                            /s/ Paul L. Maloney
                                                                 Paul L. Maloney
                                                                  Chief United States District